IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs | ) Civil Action No.: 19-cv-07223 |
| | ) |
| SCHAUMBURG LODGING, LLC d/b/a | ) |
| RADISSON HOTEL SCHAUMBURG | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant SCHAUMBURG LODGING, LLC d/b/a a RADISSON HOTEL SCHAUMBURG, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
Marshall@mjburtlaw.com

SCHAUMBURG LODGING, LLC

By: /s/*Troy E. Haggestad*
Troy E. Haggestad, Esq.
Williams McCarthy LLP
120 W. State Street, 4th Floor
Rockford, IL 61105-0219
815-987-8977
thaggestad@wilmac.com